# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT J. HONAKER, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | **Case No.: 1:13-cv-00031-UNA** |
| ) | |
| PORTFOLIO RECOVERY ) | |
| ASSOCIATES, LLC, a wholly-owned ) | |
| subsidiary of PORTFOLIO ) | |
| RECOVERY ASSOCIATES, INC. ) | |
| ) | |
| Defendant ) | |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses his Complaint with prejudice.

Dated: <u>April 24, 2013</u>    BY:/s/ W. Christopher Componovo
                                W. Christopher Componovo
                                Attorney ID # 3234
                                Kimmel & Silverman, P.C.
                                Silverside Carr Executive Center
                                Suite 118, 501 Silverside Road
                                Wilmington, DE 19809
                                Phone: (302) 791-9373
                                Facsimile: (902) 791-9476
                                Attorney for Plaintiff